IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRANCE L. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0946 |
| | ) | Judge Trauger |
| DAVIDSON COUNTY SHERIFF'S OFFICE, | ) | Magistrate Judge Knowles |
| CASE MANAGER F/N/U RANSOM, | ) | |
| C.O.J. JONES, Second Shift, and | ) | |
| CHAPLAIN F/N/U MOUDLING, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 28, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Moudling, Ransom, and Jones (Docket No. 17) is **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**.

This case shall be returned to the Magistrate Judge for further handling under the original referral Order. The court notes that the Davidson County Sheriff's Office a named defendant in this case.

It is so **ORDERED.**

Enter this 30th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge